UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Peter Ulmann

    v.                                Civil No. 04-cv-279-PB

Warden, NH State Prison


ORDER

Re: Document No. 21, Defendants' Status Report

Ruling: Plaintiff shall show cause on or before November 15, 2005 why this case should not be dismissed for the reasons set out in Judge DiClerico's Order of April 21, 2005 in case number 03-cv-358-JD.

/s/ Paul Barbadoro
Paul Barbadoro
U.S. District Judge

Date: October 6, 2005

cc: Peter Ulmann, pro se
    Mary E. Schwarzer, Esq.