UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Peter Ulmann</u>

    v.                         Case No. 04-cv-279-PB

<u>Jane Coplan, Warden, et al</u>


<u>ORDER</u>

Re: Document No. 22, Order

Ruling: The plaintiff has failed to respond to my Order of October 6, 2005. This case is dismissed for the reasons set out in Judge DiClerico's Order of April 21, 2005 in case number 03-cv-358-JD.

                                        <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        U.S. District Judge

Date: November 22, 2005

cc: Peter Ulmann, pro se
    Daniel Mullen, Esq.